IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


**MONA SINCLAIR,**

    **Plaintiff,**

**vs.**                                                                            **CASE NO. 1:07CV35-SPM/AK**

**THE TOWN OF YANKEETOWN, et al,**

    **Defendants.**

_____/

**O R D E R**

Presently before the Court is Defendants' Motion to Quash Plaintiff's "Objection" to Notice of Non-Party Production, or Alternatively, Motion to Extend the Discovery Deadline to Serve Subpoena Duces Tecum.  (Doc. 43).  There has been no response to the motion and the time to respond has expired.

The court finds that the motion should be **GRANTED IN THE ALTERNATIVE**, since it is impossible to make an informed decision as to the reasonableness of the objections (doc. 28), because no bases for the objections are given therein.  Given the recent discovery of the communications at issue, the court finds that good cause has been shown for extending the discovery deadline for the limited purpose of serving a subpoena upon "The Newscaster."  This should be accomplished as soon as possible since the trial date is March 31, 2008.

Accordingly, it is

**ORDERED:**

Defendants' Motion to Quash (doc. 43) is **GRANTED IN THE ALTERNATIVE**, and the discovery deadline is extended through **February 1, 2008**, for the limited purpose of serving the subpoena at issue.

**DONE AND ORDERED** this  *18th*  day of January, 2008.


*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**No. 1:07cv35-spm/ak**