IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MONA SINCLAIR,

    Plaintiff,

vs.                                      CASE NO. 1:07CV35-SPM/AK

THE TOWN OF YANKEETOWN, et al,

    Defendants.

_____/

## CORRECTED ORDER

In the Order entered on January 18, 2008, the Court incorrectly referenced the trial date as March 31, 2008. The trial remains as previously scheduled for March **3**, 2008.

**DONE AND ORDERED** this ___**22**$^{nd}$___ day of January, 2008.

                                              *s/ A. KORNBLUM*
                                              **ALLAN KORNBLUM**
                                              **UNITED STATES MAGISTRATE JUDGE**