UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MONA SINCLAIR,

    Plaintiff,

v.                                              CASE NO.: 1:07-CV-035-SPM

THE TOWN OF YANKEETOWN,
a Florida Municipal Corporation;
LARRY FELDHUSEN, Individually
and as Councilman of Yankeetown;
MARSHA DREW, Individually and
as Vice-Mayor of Yankeetown; and
DAWN CLARY, Individually, and as
Mayor of Yankeetown,

    Defendants.
_____/

**ORDER GRANTING MOTION TO CONTINUE PRETRIAL CONFERENCE**

COMES NOW before the Court is the Plaintiff's Motion for Continuance of Pretrial Conference (doc. 48).  The above-entitled case is set for trial on March 3, 2008. The parties are scheduled to convene for a pre-trial conference on February 25, 2008 Counsel for the Plaintiff has informed the Court that she will be unavailable to attend the pre-trial conference because of an unavoidable scheduling conflict that will require her to attend a deposition in New York on that day.

In light of the circumstances, the Plaintiff requests to continue the pre-trial conference until Thursday, February 28, 2008.  Both parties are available for the pretrial conference on this date, as they will both be in town for a deposition in this matter. Finding this request reasonable, it is hereby ORDERED AND ADJUDGED as follows:

    1.    The pretrial conference is reset for 3:00 p.m. on **Thursday, February 28,**

**2008**, at the United States Courthouse in Gainesville, Florida.

    2.    Trial remains scheduled for Monday, March 3, 2008, at 8:30 a.m. at the United States Courthouse in Gainesville, Florida.

DONE AND ORDERED this <u>twentieth</u> day of February, 2008.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge