**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

MONA SINCLAIR,

      Plaintiff,

v.                                   CASE NO.: 1:07-CV-035-SPM

THE TOWN OF YANKEETOWN,
a Florida Municipal Corporation;
LARRY FELDHUSEN, Individually
and as Councilman of Yankeetown;
MARSHA DREW, Individually and
as Vice-Mayor of Yankeetown; and
DAWN CLARY, Individually, and as
Mayor of Yankeetown,

      Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon the "Plaintiff's Motion to Amend the Complaint by Interlineation" (doc. 12); "Defendants' Motion for Leave to File a Reply to Plaintiff's Memorandum of Law Opposing Defendants' Motion for Summary Judgment" (doc. 38); Plaintiff's "Motion for Extension of Time to Mediate Case" (doc. 39); "Plaintiff, Mona Sinclair's Motion for Enlargement of Time to Respond to Defendants' Motion for Summary Judgment as to Counts III through VI" (doc. 41) and "Defendants' Response in Limited Opposition to Plaintiff's Motion for Enlargement of Time to Respond (Doc. 41)" (doc. 42).

      Finding all these requests as reasonable, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The motion to amend (doc. 12) is hereby *granted*.

2. Defendant's motion for leave to file a reply to Plaintiff's response to the summary judgment motion (doc. 38) is hereby *denied*.

3. Plaintiff's motion for an extension of time to mediate case (doc. 39) is hereby *granted*.  Parties shall have up to and including their scheduled mediation date of February 29, 2008.

4. Plaintiff's motion for an enlargement of time to respond to Defendant's summary judgment motion (doc. 41) is hereby *granted*.

5. Plaintiff's response to Defendant's summary judgment motion (doc. 52) is hereby accepted as timely filed.

**DONE AND ORDERED** this <u>twenty-fifth</u> day of February, 2008.

    *s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge