**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

MONA SINCLAIR,

      Plaintiff,

v.                                                              CASE NO.: 1:07-CV-035-SPM

THE TOWN OF YANKEETOWN,
a Florida Municipal Corporation;
LARRY FELDHUSEN, Individually
and as Councilman of Yankeetown;
MARSHA DREW, Individually and
as Vice-Mayor of Yankeetown; and
DAWN CLARY, Individually, and as
Mayor of Yankeetown,

      Defendants.

_____/

## ORDER

    **THIS CAUSE** comes before the Court upon the "Defendants' Motion for Clarification" (doc. 56) and Plaintiff's opposition (docs. 57 and 59).  Defendants' have requested clarification of this Court's Order (doc. 55).

    Notwithstanding the language "finding all these requests as reasonable," this Court's order *did* intend to deny Defendants' request for leave to file a reply to Plaintiff's response to Defendants' summary judgment motion.

    **DONE AND ORDERED** this <u>twenty-sixth</u> day of February, 2008.


          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge