**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

MONA SINCLAIR,

    Plaintiff,

v.                              CASE NO.: 1:07-CV-035-SPM

THE TOWN OF YANKEETOWN,
et. al.,

    Defendants.
_____/

## ORDER CONTINUING TRIAL

Pursuant to the pre-trial conference held in Gainesville on February 28, 2008, it is hereby ORDERED AND ADJUDGED as follows:

1. Trial is rescheduled for **Monday, April 28, 2008** at 8:30 a.m. in Gainesville, Florida.

2. On or before **Thursday, March 6, 2008**, Defendants shall file a supplement to their summary judgment motion, attaching any new depositions and memorandum of law.

3. On or before **Thursday, March 13, 2008**, Plaintiff shall file a responsive motion to Defendants' supplement.

DONE AND ORDERED this twenty-ninth day of February, 2008.

                                            *s/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            United States District Judge